CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 2 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY D. GRAVES,<br>    Petitioner, | Civil Action No. 7:13-cv-00486 |
| v. | **ORDER** |
| COMMONWEATLH,<br>    Respondent. | By:   Hon. Jackson L. Kiser<br>        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that Petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice**; Petitioner's motion to proceed in forma pauperis is **DENIED as moot**; a Certificate of Appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

**ENTER**: This 2nd day of January, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge